# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1716. DARIUS TUCKER v. TERENCE KILPATRICK.**

Darius Tucker entered a guilty plea in 2015 to armed robbery and theft by taking. Thereafter, Tucker filed an application for a writ of habeas corpus. Following a 2021 hearing, the trial court denied Tucker's application, and he appeals.

The Supreme Court of Georgia has appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/18/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*